# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:22-po-00141-HBK |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| COLIN SCOTT CASSELL, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.23(a)(2); 36 CFR 4.22(b)(1)

**Sentence Date:** September 16, 2022

**Review Hearing Date:** September 12, 2023

**Probation Expires On:** September 16, 2024

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1520 which Total Amount is made up of a Fine: $ 1470 Special Assessment: $ 20 Processing Fee: $ 30 Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Enroll in and complete 1st offender DUI program within 6 months

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☒ If not paid in full when was last time payment:

Mr. Cassell is going through a divorce which has cost him a lot of money and made it difficult to pay his fine. He still hopes to have it paid in full by the deadline of March 14, 2024

Date: Click here to enter a date.
Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation: Mr. Cassell has not completed his first offender class but plans to do complete a course beginning in September. Dealing with his divorce has consumed a substantial amount of his time.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Sean Anderson

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/12/2023 at 10 am

    ☒ be continued to 12/12/2023 at 10:00 a.m.; or

    ☐ be vacated.

☐ that Defendant's period of deferred entry be terminated, and that the case be closed.

DATED: 8/31/2023     /s/*Kara R. Ottervanger*
                                                           DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for 9/12/2023 at 10:00 am be continued to 12/12/2023 at 10:00 am

☐ DENIED.

Dated:   September 6, 2023

                                                    HELENA M. BARCH-KUCHTA
                                                    UNITED STATES MAGISTRATE JUDGE